IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NAKISHA JACKSON,<br>   Plaintiff,<br>vs.<br><br>CHRISTOPHER WRAY, et al.,<br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No.  3:23-CV-0558-M-BH |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's claims against all the federal defendants will be **DISMISSED** without prejudice *sua sponte* for failure to comply with Fed. R. Civ. P. 4(m).

**SIGNED this 25th day of September, 2023.**

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE