IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NAKISHA JACKSON, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No.  3:23-CV-0558-M-BH |
| | § | |
| CHRISTOPHER WRAY, et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. *Charter Communications, Inc.'s Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6)*, filed May 9, 2023 (doc. 9), and *Apple, Inc.'s Motion to Dismiss for Failure to State a Claim*, filed May 12, 2023 (doc. 13), are both **GRANTED**.  By separate judgment, the plaintiff's claims against Charter Communications, Inc. and Apple, Inc. will be **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted.

**SIGNED this 24th day of October, 2023.**

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE